# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| BRITTANY MARIE TOMLINSON ) | |
|         Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 5:25-CV-53-FL |
| WAL-MART ASSOCIATES, INC., ) | |
| CT CORPORATION SYSTEM, and ) | |
| TRAVIS SCHACKMANN ) | |
|         Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on March 14, 2025, and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on March 14, 2025, and Copies To:**
Brittany Marie Tomlinson (via CM/ECF Notice of Electronic Filing)

March 14, 2025                      PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                       (By)    Sandra K. Collins, Deputy Clerk